**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| **DUKE ANTHONY WALKER,** <br> **Petitioner,** <br> **v.** <br> **JOHN SOTO, WARDEN,** <br> **Respondent.** | **Case No. CV 15-3835 CBM(AJW)** <br><br> **ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the entire record in this action, and the Report and Recommendation of United States Magistrate Judge (“Report”). No objections to the Report have been filed within the time allowed. The Court accepts the findings of fact, conclusions of law, and recommendations contained in the Report.

DATED: September 8, 2015

Consuelo B. Marshall
United States District Judge