1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | | |
|---|---|---|
| DUKE ANTHONY WALKER, | ) | |
| | ) | |
| Petitioner, | ) | CV NO. 15-3835-CBM (AJW) |
| | ) | |
| v. | ) | |
| | ) | JUDGMENT |
| JOHN SOTO, Warden, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

It is hereby adjudged that the petition for a writ of habeas corpus is dismissed.

Dated: September 8, 2015

_____
Consuelo B. Marshall
United States District Judge